**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1348**

---

JAMES STEADMAN,

Plaintiff - Appellant,

versus

CRYSTAL GATEWAY MARRIOTT,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CA-01-1083-A)

---

Submitted:  September 5, 2002       Decided:  September 10, 2002

---

Before MOTZ, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James Steadman, Appellant Pro Se.  John Michael Bredehoft, VENABLE, BAETJER & HOWARD, Vienna, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Steadman appeals the district court order granting summary judgment to Crystal Gateway Marriott and dismissing his employment discrimination complaint. We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Steadman v. Crystal Gateway, No. CA-01-1083-A (E.D. Va. filed Mar. 11, 2002; entered Mar. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2